**Order entered February 5, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01319-CV

**DANA AND CHRISTOPHER SHEARIN, Appellants**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01581-2014**

## ORDER

Before the Court is court reporter Claudia Webb's February 2, 2015, request for extension of time to file the reporter's record. We **GRANT** the extension and **ORDER** Ms. Webb to file the reporter's record no later than March 5, 2015. *See* TEX. R. APP. P. 35.3(c).

/s/    CRAIG STODDART
        JUSTICE